STATE v. HINNANT

No. 362P82.

Case below: 57 N.C. App. 600.

Petition by defendant for discretionary review under G.S. 7A-31 denied 13 July 1982.

STATE v. HOYLE

No. 299P82.

Case below: 57 N.C. App. 288.

Petition by defendant for discretionary review under G.S. 7A-31 denied 13 July 1982.

STATE v. HUFF

No. 265P82.

Case below: 56 N.C. App. 721.

Petition by defendant for discretionary review under G.S. 7A-31 denied 13 July 1982.

STATE v. JACKSON

No. 349P82.

Case below: 56 N.C. App. 607.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 13 July 1982.

STATE v. JACKSON & MARSHALL

No. 324P82.

Case below: 57 N.C. App. 71.

Petition by defendant Jackson for discretionary review under G.S. 7A-31 denied 13 July 1982.